THIS OPINION
 HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS
 PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Supreme Court

 
 
 
 
 Leslie Ellerby,
 #197727, Respondent,
 
 
 
 
 

v.

 
 
 
 
 South Carolina
 Department of Probation, Parole and Pardon Services, Appellant.
 
 
 
 
 

 Ralph K. Anderson, III, Administrative Law
 Court Judge

Memorandum Opinion No.  2009-MO-061
 Submitted November 9, 2009  Filed
November 23, 2009

AFFIRMED

 
 
 
 Deputy Director for Legal Services Teresa A. Knox, Assistant Chief
 Legal Counsel J. Benjamin Aplin, and Legal Counsel Tommy  Evans, Jr., all of South
 Carolina Department of Probation Parole and Pardon Services, of Columbia, for
 Appellant
 Leslie Ellerby, of Bishopville, Pro Se.
 
 
 

CHIEF JUSTICE
 TOAL:  Affirmed pursuant
 to Rule 220(b)(1), SCACR, and the following authority: Major v. S.C.
 Dept of Probation, Parole and Pardon Servs., 384 S.C. 457, 682 S.E.2d 795 (2009).
WALLER and BEATTY,
 JJ., concur. PLEICONES, J. dissenting in a separate opinion in which KITTREDGE,
 J., concurs.

JUSTICE PLEICONES: I dissent, adhering to my opinion in Major v. S.C. Dept of Probation, Parole and
 Pardon Servs., 384 S.C. 457, 682 S.E.2d 795 (2009).
KITTREDGE, J., concurs.